DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HUMBERTO DELGADO, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3211

_____

September 27, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Humberto Delgado, Jr., pro se.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SLEET, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.